IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH OEHLER,

    Plaintiff,

  v.

ADULT DAY HEALTH CARE OF MAD RIVER,

    Defendant.

No. C 05-02174 WHA

**ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

The case management conference currently set for September 15, 2005, is **CONTINUED** to **THURSDAY, SEPTEMBER 22, 2005, AT 3:30 P.M.** The parties shall please file their joint case management statement **SEVEN DAYS PRIOR** to the conference.

**IT IS SO ORDERED.**

Dated: August 29, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE